# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC MATSUMOTO,<br><br>Plaintiff,<br><br>v.<br><br>NEW LI PO, INC.; KENNETH LEE; et al,<br><br>Defendants. | Case No. 4:24-cv-00778-HSG<br><br>**ORDER GRANTING JOINT STIPULATION RE: FURTHER CASE MANAGEMENT CONFERENCE (as modified)** |

Having considered the Joint Stipulation Re: Further Case Management Conference filed by Plaintiff Marc Matsumoto and Defendants New Li Po, Inc. and Kenneth Lee, and for good cause shown, the stipulation is hereby GRANTED. The Court ORDERS a Case Management Conference via a Zoom webinar for August 27, 2024, at 2:00 p.m. The Zoom information is:

https://canduscourts.zoomgov.com/j/1607976056pwd=aW5IeE14UkJRbkdPTGJFWFUrRG1Cdz09

Webinar ID: 160 797 6056/Passcode: 129759

All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check-in with the CRD.  If the Parties file a stipulation to dismiss the case prior to August 27, the further Case Management Conference will be vacated without further notice from the Court.

SO ORDERED.

Dated: 7/16/2024

By: Judge Haywood S. Gilliam, Jr.
United States District Judge